[S. F. No. 16329. In Bank.—November 9, 1939.]

ERNEST G. COAN, Petitioner, v. SUPERIOR COURT OF SAN BERNARDINO COUNTY et al., Respondents.

Hales & Hales for Petitioner.

THE COURT.— This is a petition to review an order of the Superior Court granting a motion to vacate a judgment for lack of jurisdiction of the person. The petition must be denied for the reason that the order is appealable as a special order after final judgment (*Colby* v. *Pierce*, 15 Cal. App. (2d) 723 [59 Pac. (2d) 1046]; *Casner* v. *Superior Court*, 23 Cal. App. (2d) 730 [74 Pac. (2d) 298]; *Harth* v. *Ten Eyck*, 12 Cal. (2d) 709 [87 Pac. (2d) 693]), and it is the general rule that *certiorari* will not lie to re-

view an appealable order or judgment either before or after the expiration of the time limited by law for appealing therefrom. (*State Board of Equalization* v. *Superior Court,* 9 Cal. (2d) 252 [70 Pac. (2d) 482]; *Casner* v. *Superior Court, supra.*) The case of *Zierath* v. *Superior Court,* 35 Cal. App. 788 [171 Pac. 112], in which case such an order was annulled on *certiorari,* failed to consider this objection, and must be disapproved.